SUZANNE A. LUBAN
Attorney at Law
State Bar No.: 120629
3758 Grand Ave. #4
Oakland, California 94610
Telephone 510/832-3555

Attorney for Defendant
HENRI E. NORRIS

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA
(S.F. Venue)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 12-631-SI |
| Plaintiff, | STIPULATION TO FURTHER CONTINUE HEARING |
| vs. | |
| HENRI E. NORRIS, | |
| Defendant, | Judge: Hon. Susan Illston |

The sentencing for defendant Henri E. Norris has been continued by this Court for reasons set forth in earlier-filed stipulations by counsel.

The parties request this Court to vacate the current sentencing date of August 30, 2013 and instead set a hearing for status or to set sentencing in about three months, on December 6, 2013, for the same reasons that necessitated the earlier continuances. If a further continuance is needed as that date approaches, the parties will seek one. The defendant is out of custody and agrees to come to court whenever

/ / / /

1

this Court so orders.  Both counsel are available on the date requested.

  SO STIPULATED:

              MELINDA HAAG
              United States Attorney

DATED: August 23, 2013    /S/ *Matthew J. Kluge*
              MATTHEW J. KLUGE
              D.O.J. Trial Attorney
              Attorney for the United States


DATED: August 23, 2013    /S/ *Suzanne A. Luban*
              SUZANNE A. LUBAN
              Attorney for HENRI NORRIS

<pre>
                    UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
                              (S.F. Venue)


UNITED STATES OF AMERICA,        )    CR 12-631-SI
                                 )
           Plaintiff,            )    [PROPOSED]
                                 )    ORDER TO CONTINUE
     vs.                         )    VACATE SENTENCING
                                 )    HEARING AND SET
HENRI E. NORRIS,                 )    DATE FOR STATUS
                                 )
           Defendant,             )
_____)    Judge: Hon. Susan Illston
</pre>

For the reasons stated in the earlier stipulations filed by counsel, the Court finds that a continuance of the August 30, 2013 hearing is warranted. This matter shall be continued to December 6, 2013 at 11:00 a.m. for status or to set a sentencing hearing.

IT IS SO ORDERED.

DATED: 8/26, 2013

_____
Hon. SUSAN ILLSTON
United States District Judge